UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

**SHATEEK FERGUSON,**

                         **Petitioner,**

                **-v-**                             **9:13-CV-674 (NAM/ATB)**

**DONALD HUDSON,**

                         **Respondent**.

✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

APPEARANCES:

Shateek Ferguson
18839-052
United States Penitentiary, Lee
Inmate Mail/Parcels
P.O. Box 305
Jonesville, Virginia 24263
Petitioner, *pro se*

Hon. Richard S. Hartunian, United States Attorney
Charles E. Roberts, Esq., Assistant United States Attorney
100 South Clinton Street
Syracuse, New York 13261
Attorney for Defendants

**Hon. Norman A. Mordue, Senior U.S. District Judge:**

## MEMORANDUM-DECISION AND ORDER

Petitioner has filed this *pro se habeas corpus* petition pursuant to 28 U.S.C. § 2241. Upon referral, United States Magistrate Judge Andrew T. Baxter issued a Report and Recommendation (Dkt. No. 17) recommending that the petition be denied and dismissed. Petitioner objects (Dkt. No. 20). Upon *de novo* review, the Court adopts and accepts Magistrate Judge Baxter's Report and Recommendation in its entirety.

It is therefore

ORDERED that the Report and Recommendation (Dkt. No. 17) is accepted; and it is further

ORDERED that the petition is denied and dismissed; and it is further

ORDERED that the Clerk of the Court is directed to serve copies of this Memorandum-Decision and Order in accordance with the Local Rules of the Northern District of New York.

IT IS SO ORDERED.

Date:  October 16, 2014
       Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge